SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
OMAR LUNA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME BUILDING MATERIALS, INC.; LANKERSHIM CROSSING, LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-08747-FMO (BFMx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff OMAR LUNA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: November 27, 2024

**SO. CAL EQUAL ACCESS GROUP**

_/s/ Jason J. Kim_
JASON J. KIM
Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE

DATED: November 27, 2024          THE GREEN LAW GROUP, LLP


By:          */s/ MATTHEW T. BECHTEL*
             MATTHEW T. BECHTEL,
             Attorney for Defendant
             PRIME BUILDING MATERIALS,
             INC.


<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


By: */s/ Jason J. Kim*
    Jason J. Kim

NOTICE OF SETTLEMENT OF ENTIRE CASE